# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINNETHIA MONIQUE "NENE" LEAKES, <br>         Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, NBCUNIVERSAL, LLC, BRAVO MEDIA, LLC, BRAVO MEDIA CORP, TRUE ENTERTAINMENT, LLC, TRUE ENTERTAINMENT, INC., TRULY ORIGINAL, LLC, ANDY COHEN, an individual, SHARI LEVINE, an individual, STEVEN WEINSTOCK, an individual, LAUREN ESKELIN, an individual, and DOES 1 through 25, inclusive, <br><br>         Defendants. | Civil Action No. <br><br> 1:22-CV-01526-TWT-JSA |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendants NBCUniversal Media, LLC; NBCUniversal, LLC; Bravo Media, LLC; Andy Cohen; and Shari Levine (collectively the "NBCU Defendants") state as follows:

1. The undersigned counsel of record for the "NBCU Defendants", parties to this action, certify that the following is a full and complete list of all parties

in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- NBCUniversal Media, LLC and NBCUniversal, LLC are wholly-owned, indirect subsidiaries of Comcast Corporation. Comcast Corporation is publicly traded. Comcast Corporation does not have a parent company, and no other publicly traded company owns 10% or more of its stock.

- Bravo Media, LLC is a wholly-owned, indirect subsidiary of NBCUniversal Media, LLC.

- Andy Cohen and Shari Levine are individuals.

- Bravo Media Corp. is not an NBCUniversal related entity and appears to have been erroneously named. We do not have any information about this entity.

- Linnethia Monique "Nene" Leakes, an individual.

- True Entertainment, LLC, True Entertainment, Inc., and Truly Original, LLC. We do not have first-hand knowledge of the corporate structure or ownership of these companies.

- Steven Weinstock and Lauren Eskelin, individuals.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   - For the NBCU Defendants: William K. Whitner, Tamerlin J. Godley, Jennica K. Wragg, and Lindsey C. Jackson—all of Paul Hastings LLP.

   - For Plaintiff: David deRubertis of The deRubertis Law Firm, APC and Joe S. Habachy of Joe S. Habachy, PC, Attorney at Law.

   - No counsel has yet appeared for any other party in the action.

Dated: June 24, 2022

By: /s/ William K Whitner
William K Whitner
GA Bar No. 756652
PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA 30309
Tel: 1(404) 815-2400
Fax: 1(404) 815-2424
kwhitner@paulhastings.com

*Attorney for Defendants*
NBCUniversal Media, LLC
NBCUniversal, LLC
Bravo Media, LLC
Andy Cohen
Shari Levine