# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINNETHIA MONIQUE "NENE" LEAKES,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, NBCUNIVERSAL, LLC, BRAVO MEDIA, LLC, BRAVO MEDIA CORP, TRUE ENTERTAINMENT, LLC, TRUE ENTERTAINMENT, INC., TRULY ORIGINAL, LLC, ANDY COHEN, an individual, SHARI LEVINE, an individual, STEVEN WEINSTOCK, an individual, LAUREN ESKELIN, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | Civil Action No.:<br><br>1:22-CV-01526-TWT-JSA |

**CONSENT MOTION FOR EXTENSION OF TIME FOR THE NBCU DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW**

Defendants NBCUniversal Media, LLC and NBCUniversal, LLC (collectively, "NBCU"); Bravo Media, LLC ("Bravo"); Andy Cohen ("Cohen"); and Shari Levine ("Levine" together with NBCU, Bravo, and Cohen, the "NBCU Defendants")[1], by and through their undersigned counsel hereby submit this Consent Motion for Extension of Time for the NBCU Defendants to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion") and Memorandum of Law. The sole Plaintiff, Linnethia Monique "NeNe" Leakes ("Leakes"), consents to this Motion and the relief requested herein.

## MEMORANDUM OF LAW

I. **<u>INTRODUCTION</u>**

The NBCU Defendants, Leakes and other named defendants are in discussions concerning the parties' respective positions regarding the venue and forum in which to litigate this dispute in the most efficient manner. These discussions are ongoing. The parties are jointly requesting this extension to complete these discussions so that the parties can determine whether they can enter into any stipulations that would obviate, or reduce, motion practice on these issues

---

[1] Plaintiff also erroneously named Bravo Media Corp. as a defendant in the Complaint. Bravo Media Corp is not now and has not ever been an entity related to or affiliated with any NBCU Defendant.

or, otherwise, provide the necessary time for NBCU to respond to the Complaint if the parties are not able to agree.

II. **RELEVANT PROCEDURAL HISTORY**

Plaintiff filed this action on April 20, 2022. Plaintiff's counsel served the corporate NBCU Defendants (NBCU and Bravo) with a Notice of a Lawsuit and Request to Waive Service of a Summons on May 4, 2022 and the same to individual Defendants Cohen and Levine on May 5, 2022. The NBCU Defendants' waived formal service of summons and as such their answer or other response to the Complaint is due on July 5, 2022.

Defendants True Entertainment, LLC, True Entertainment Inc., Truly Original, LLC, Steven Weinstock, and Lauren Eskelin are also involved in the appropriate forum and/or venue discussions referenced above. They do not currently have a deadline that needs to be extended. If agreement is reached, it will involve all of the parties to the action.

II. **ARGUMENT AND CITATION TO AUTHORITY**

This Motion seeks a 45-day extension of time for the NBCU Defendants to answer or otherwise respond to the Complaint, through and including August 19, 2022.

Pursuant to the Federal Rules of Civil Procedure, the NBCU Defendants must answer or otherwise respond to the Complaint by July 5th, 2022 unless this Court authorizes an extension. Fed. R. Civ. P. 12(a)(1)(A)(ii).

Through counsel, Leakes and the NBCU Defendants have engaged in substantive dialogue about the disputes relating to forum and/or venue. The NBCU Defendants contend that this dispute is already subject to arbitration in New York pursuant to existing contractual agreements among the parties in this action. Plaintiff disagrees. But, the parties are in the process of negotiating this issue in an attempt to avoid the time and expense of a motion to compel arbitration. The parties have agreed that a 45-day extension of time is appropriate to complete these discussions or, if an agreement cannot be reached, otherwise allow the NBCU Defendants the time necessary to prepare their response to the Complaint. This length of extension will also hopefully ensure that all Defendants are parties to the ultimate agreement, if any, that is able to be reached.

This Motion is the first request for an extension of time with respect to the NBCU Defendants' Answer or other response to Plaintiff's Complaint. Under the parties' agreement, and pending confirmation by the Court, the NBCU Defendants' time to answer or otherwise respond to the Complaint would be Friday, August 19, 2022. All of the NBCU Defendants' rights and defenses with respect to the

Complaint are expressly reserved, and none are waived, by the filing of this Motion.

This 24th day of June 2022.

| Respectfully submitted by: | Consented to by: |

/s/ William K Whitner
William K Whitner
Georgia Bar No. 756652

PAUL HASTINGS LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, GA  30309
Tel:   (404) 815-2400
Fax:   (404) 815-2424
kwhitner@paulhastings.com
*Attorney for NBCU Defendants*

/s/ Joe S. Habachy
Joe S. Habachy
Georgia Bar No. 367735

JOE S. HABACHY, PC, ATTORNEY AT LAW
44 Broad Street NW
Suite 203
Atlanta, Georgia 30303
Tel: (404) 523-6622
Fax: (404) 522-2626
habachylaw@gmail.com

THE DERUBERTIS LAW FIRM, APC (Admitted *pro hac vice*)
8889 W. Olympic Blvd.
Second Floor
Beverly Hills, California 90211
Tel: (818) 761-2322
Fax: (818) 761-2323
david@deRubertisLaw.com

*Attorneys for Plaintiff*

## LOCAL RULE 7.1(D) CERTIFICATE

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 24th day of June 2022.

/s/ William K Whitner
William K Whitner
Paul Hastings LLP
Attorney for NBCU Defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINNETHIA MONIQUE "NENE" LEAKES,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, NBCUNIVERSAL, LLC, BRAVO MEDIA, LLC, BRAVO MEDIA CORP, TRUE ENTERTAINMENT, LLC, TRUE ENTERTAINMENT, INC., TRULY ORIGINAL, LLC, ANDY COHEN, an individual, SHARI LEVINE, an individual, STEVEN WEINSTOCK, an individual, LAUREN ESKELIN, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | Civil Action No.:<br>1:22-CV-01526-TWT-JSA |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR THE NBCU DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Having reviewed and considered the NBCU Defendants' Consent Motion

for Extension of Time for the NBCU Defendants to Answer or Otherwise Respond

to Plaintiff's Complaint, that Motion is GRANTED. The date for the NBCU Defendants to answer or otherwise respond to the Complaint is hereby extended through and including August 19, 2022.

IT IS SO ORDERED this __ day of June 2022.

_____
THOMAS W. THRASH, JR.
Senior United States District Judge