UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINNETHIA MONIQUE "NENE" LEAKES,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, NBCUNIVERSAL, LLC, BRAVO MEDIA, LLC, BRAVO MEDIA CORP, TRUE ENTERTAINMENT, LLC, TRUE ENTERTAINMENT, INC., TRULY ORIGINAL, LLC, ANDY COHEN, an individual, SHARI LEVINE, an individual, STEVEN WEINSTOCK, an individual, LAUREN ESKELIN, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | Civil Action No.:<br>1:22-CV-01526-TWT-JSA |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR THE NBCU DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This action is before the Court on the NBCU Defendants' Consent Motion for Extension of Time for the NBCU Defendants to Answer or Otherwise Respond

to Plaintiff's Complaint [18] ("Motion"). For good cause shown, that Motion [18] is **GRANTED** as unopposed. The date for the NBCU Defendants to answer or otherwise respond to the Complaint is hereby extended through **August 19, 2022**.

**IT IS SO ORDERED** this 27th day of June, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE