# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINNETHIA MONIQUE "NENE" LEAKES, | ) |
| Plaintiff, | ) Civil Action No. |
| | ) 1:22-CV-01526-TWT-JSA |
| v. | ) |
| NBCUNIVERSAL MEDIA, LLC, NBCUNIVERAL, LLC, BRAVO MEDIA, LLC, BRAVO MEDIA CORP, TRUE ENTERTAINMENT, LLC, TRUE ENTRTAINMENT, INC., TRULY ORIGINAL, LLC, ANDY COHEN, an individual, SHARI LEVINE, an individual, STEVEN WEINSTOCK, an individual, LAUREN ESKELIN, an individual, and DOES 1 through 25, inclusive, | ) |
| Defendants. | ) |

## ORDER

Having considered the Joint Motion for Extension of Time for Defendants Truly Original, LLC, True Entertainment LLC, Steven Weinstock, and Laura Eskelin to Answer or Otherwise Respond to the Complaint, it is hereby **ORDERED** that the Motion [20] is **GRANTED**.

It is hereby ordered that Defendants Truly Original, LLC, True Entertainment, LLC, Steven Weinstock, and Lauren Eskelin shall have through and including **August 19, 2022**, to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED** this 1st day of July, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE