# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LINNETHIA MONIQUE "NENE" LEAKES, <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, NBCUNIVERSAL, LLC, BRAVO MEDIA, LLC, BRAVO MEDIA CORP, TRUE ENTERTAINMENT, LLC, TRUE ENTERTAINMENT, INC., TRULY ORIGINAL, LLC, ANDY COHEN, an individual, SHARI LEVINE, an individual, STEVEN WEINSTOCK, an individual, LAUREN ESKELIN, an individual, and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO.: <br> 1:22-CV-01526-TWT-JSA |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Linnethia Monique "NeNe" Leakes ("Leakes") and Defendants NBCUniversal Media, LLC and NBCUniversal, LLC; Bravo Media, LLC[1]; True

---

[1] Plaintiff erroneously named Bravo Media Corp as a defendant in the Complaint. Bravo Media Corp is not now and has not ever been an entity related to or affiliated with NBCUniversal Media, LLC, NBCUniversal, LLC or Bravo Media, LLC.

Entertainment, LLC[2]; Truly Original, LLC; Andy Cohen; Shari Levine; Steven Weinstock; and Lauren Eskelin (together, the "Defendants"; Leakes and the Defendants, collectively, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal without Prejudice.

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), Leakes hereby dismisses this action and all claims asserted by Leakes without prejudice, thereby concluding this case before this Court at this time. All Parties consent and stipulate to the foregoing dismissal. No party will seek recovery of costs or attorneys' fees in any submission to this Court.

This 19th day of August 2022.

By: /s/ Joe S. Habachy
   Joe S. Habachy
   Georgia Bar No. 367735

   JOE S. HABACHY, PC,
   ATTORNEY AT LAW
   44 Broad Street NW
   Suite 203
   Atlanta, Georgia 30303
   Tel: (404) 523-6622
   Fax: (404) 522-2626
   habachylaw@gmail.com

By: /s/ William K Whitner
   William K Whitner
   GA Bar No. 756652
   PAUL HASTINGS LLP
   1170 Peachtree Street, N.E.
   Suite 100
   Atlanta, GA 30309
   Telephone: (404) 815-2400
   Facsimile: (404) 815-2424
   kwhitner@paulhastings.com

   Tamerlin J. Godley (*admitted pro hac vice*)

---

[2] True Entertainment, Inc. is not now and has not ever been a legal entity affiliated with Truly Original, LLC or True Entertainment, LLC, and is not properly named as a defendant in this action.

By: /s/ David deRubertis
David deRubertis (Admitted *pro hac vice*)
THE DERUBERTIS LAW FIRM, APC
8889 W. Olympic Blvd.
Second Floor
Beverly Hills, California 90211
Tel: (818) 761-2322
Fax: (818) 761-2323
david@derubertislaw.com

*Attorneys for Plaintiff*


By: /s/ Matthew R. Simpson
Matthew R. Simpson
Georgia Bar No. 540260

FISHER & PHILLIPS LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309
Tel:  (404) 240-4221
Fax:  (404) 2404249
msimpson@fisherphillips.com

*Attorneys for True Entertainment, LLC, Truly Original, LLC, Steven Weinstock, and Lauren Eskelin*

Lindsey C. Jackson (*admitted pro hac vice*)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile: (213) 627-0705
tamerlingodley@paulhastings.com
lindseyjackson@paulhasting.com

Jennica K. Wragg (*admitted pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone:  (310) 620-5700
Facsimile: (310) 620-5805
jennicawragg@paulhastings.com

*Attorneys for Defendants NBCUniversal Media LLC, NBCUniversal, LLC, Bravo Media, LLC, Shari Levine, and Andy Cohen*

## **LOCAL RULE 7.1(D) CERTIFICATE**

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: August 19, 2022                    By: s/ William K Whitner